### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Stacey Rivera aka Stacey Blackston-Rivera <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 19-10108 ELF |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Midland Mortgage as servicer for Midfirst Bank and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/ Kevin G. McDonald, Esq.**
                                                Kevin G. McDonald, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322