



Number
Check Date    12/31/2018

3401 Civic Center Blvd
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Stacey Blackston-Rivera
5925 N Front St
Philadelphia, PA 19120
US

**Net Pay**

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Stacey Blackston-Rivera | HOSP | 11220 | 01/12/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | | | 57424.68 |
| Total Deductions | | | 26703.22 |
| Total Net | | | 30721.46 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 193.04 |
| FLSA Premium | | | | 74.88 |
| Group Term Life Imputed Income | | | | 3.02 |
| HOL Premium Pay | | | | 417.34 |
| Imputed income on gift card | | | | 260.00 |
| National Holiday | | | | 1352.96 |
| Overtime | | | | 1629.87 |
| PPL Scheduled | | | | 6022.41 |
| PPL Unscheduled | | | | 320.67 |
| Regular | | | | 42747.36 |
| Retroactive Pay | | | | 95.42 |
| Shift Differential | | | | 4307.71 |

Deductions

| Description | Current | Year to Date |
|---|---|---|
| Addt'l Life (1 to 5x salary) | | 81.26 |
| Aetna Dental DMO Plan | | 172.90 |
| Bankruptcy-William Miller/Phil | | 6080.00 |
| CHOP Preferred Care Plan | | 3621.41 |
| Child Life Insurance | | 19.24 |
| City of Philadelphia Wage Tax | | 2231.37 |
| Federal Income Tax Withholding | | 5566.61 |
| Healthcare FSA | | 249.99 |
| Long Term Disability - 66 2/3% | | 279.51 |
| Medicare Employee | | 767.94 |
| Pa State Income Tax | | 1625.82 |
| Penna UC/SDI Employee Contrib | | 34.45 |
| Social Security EE | | 3283.60 |
| TIAA/Cref Employer Match | | 1143.30 |
| TIAA/Cref TSA | | 2286.48 |
| United Healthcare Vision | | 139.62 |

**19-10108**

 **Children's Hospital of Philadelphia**

Number  2860
Check Date 01/03/2019

3401 Civic Center Blvd
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Stacey Blackston-Rivera
5925 N Front St
Philadelphia, PA 19120
US

**Net Pay** 1511.39

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Stacey Blackston-Rivera | HOSP | 11220 | 12/29/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2346.32 | 2346.32 |
| Total Deductions | | 834.93 | 834.93 |
| Total Net | | 1511.39 | 1511.39 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.21 | 0.21 | 0.21 |
| HOL Premium Pay | | 198.88 | 198.88 | 198.88 |
| National Holiday | 8.00 | 24.86 | 198.88 | 198.88 |
| PPL Scheduled | 11.40 | 24.86 | 283.40 | 283.40 |
| Regular | 60.60 | 24.86 | 1506.52 | 1506.52 |
| Shift Differential | | 8.00 | 8.00 | 158.43 |
| | | 32.00 | 32.00 | |
| | | 54.08 | 54.08 | |
| | | 64.35 | 64.35 | |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Addt'l Life (1 to 5x salary) | 3.85 | 3.85 |

| | | |
|---|---:|---:|
| Aetna Dental DMO Plan | 6.70 | 6.70 |
| CHOP Preferred Care Plan | 142.35 | 142.35 |
| Child Life Insurance | 0.74 | 0.74 |
| City of Philadelphia Wage Tax | 91.06 | 91.06 |
| Federal Income Tax Withholding | 228.04 | 228.04 |
| Healthcare FSA | 19.23 | 19.23 |
| Long Term Disability - 66 2/3% | 10.34 | 10.34 |
| Medicare Employee | 31.35 | 31.35 |
| Pa State Income Tax | 66.38 | 66.38 |
| Penna UC/SDI Employee Contrib | 1.41 | 1.41 |
| Social Security EE | 134.06 | 134.06 |
| TIAA/Cref Employer Match | 46.92 | 46.92 |
| TIAA/Cref TSA | 93.84 | 93.84 |
| United Healthcare Vision | 5.37 | 5.37 |

Auto Deposit Distributions

| Account | Amount |
|---|---|

 

**Children's Hospital of Philadelphia**

Number  ████684
Check Date  01/17/2019

3401 Civic Center Blvd
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Stacey Blackston-Rivera
5925 N Front St
Philadelphia, PA 19120
US

Net Pay  1381.79

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Stacey Blackston-Rivera | HOSP | 11220 | 01/12/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2131.14 | 4477.46 |
| Total Deductions |  | 749.35 | 1584.28 |
| Total Net |  | 1381.79 | 2893.18 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income |  | 0.21 | 0.21 | 0.42 |
| HOL Premium Pay |  |  |  | 198.88 |
| National Holiday | 8.00 | 24.86 | 198.88 | 397.76 |
| PPL Scheduled | 3.50 | 24.86 | 87.01 | 370.41 |
| PPL Unscheduled | 8.00 | 24.86 | 198.88 | 198.88 |
| Regular | 60.50 | 24.86 | 1504.03 | 3010.55 |
| Shift Differential | 12.00 |  | 12.00 | 300.56 |
|  |  |  | 48.00 | 48.00 |
|  |  |  | 82.13 | 82.13 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Addt'l Life (1 to 5x salary) | 3.85 | 7.70 |

https://lawapppl1.chop.edu/lawson/xhrnet/ui/windowplain.htm                    2/27/2019

| Description | | |
|---|---:|---:|
| Aetna Dental DMO Plan | 6.70 | 13.40 |
| CHOP Preferred Care Plan | 142.35 | 284.70 |
| Child Life Insurance | 0.74 | 1.48 |
| City of Philadelphia Wage Tax | 82.71 | 173.77 |
| Federal Income Tax Withholding | 182.59 | 410.63 |
| Healthcare FSA | 19.23 | 38.46 |
| Long Term Disability - 66 2/3% | 10.34 | 20.68 |
| Medicare Employee | 28.24 | 59.59 |
| Pa State Income Tax | 59.77 | 126.15 |
| Penna UC/SDI Employee Contrib | 1.28 | 2.69 |
| Social Security EE | 120.73 | 254.79 |
| TIAA/Cref Employer Match | 42.62 | 89.54 |
| TIAA/Cref TSA | 85.24 | 179.08 |
| United Healthcare Vision | 5.37 | 10.74 |

Auto Deposit Distributions

| Account | Amount |
|---|---|



**Children's Hospital of Philadelphia**

Number         805
Check Date     01/31/2019

3401 Civic Center Blvd
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Stacey Blackston-Rivera
5925 N Front St                                            **Net Pay  1428.99**
Philadelphia, PA 19120
US                                                         NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Stacey Blackston-Rivera | HOSP | 11220 | 01/26/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2209.49 | 6686.95 |
| Total Deductions |  | 780.50 | 2364.78 |
| Total Net |  | 1428.99 | 4322.17 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income |  | 0.21 | 0.21 | 0.63 |
| HOL Premium Pay |  | 99.44 | 99.44 | 298.32 |
| National Holiday | 8.00 | 24.86 | 198.88 | 596.64 |
| PPL Scheduled | 24.00 | 24.86 | 596.64 | 967.05 |
| PPL Unscheduled |  |  |  | 198.88 |
| Regular | 48.00 | 24.86 | 1193.28 | 4203.83 |
| Shift Differential |  | 8.00 | 8.00 | 421.60 |
|  |  | 27.04 | 27.04 |  |
|  |  | 32.00 | 32.00 |  |
|  |  | 54.00 | 54.00 |  |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Addt'l Life (1 to 5x salary) | 3.85 | 11.55 |
| Aetna Dental DMO Plan | 6.70 | 20.10 |
| CHOP Preferred Care Plan | 142.35 | 427.05 |
| Child Life Insurance | 0.74 | 2.22 |
| City of Philadelphia Wage Tax | 85.75 | 259.52 |
| Federal Income Tax Withholding | 199.14 | 609.77 |
| Healthcare FSA | 19.23 | 57.69 |
| Long Term Disability - 66 2/3% | 10.34 | 31.02 |
| Medicare Employee | 29.37 | 88.96 |
| Pa State Income Tax | 62.18 | 188.33 |
| Penna UC/SDI Employee Contrib | 1.32 | 4.01 |
| Social Security EE | 125.58 | 380.37 |
| TIAA/Cref Employer Match | 44.19 | 133.73 |
| TIAA/Cref TSA | 88.37 | 267.45 |
| United Healthcare Vision | 5.37 | 16.11 |

Auto Deposit Distributions

| Account | Amount |
|---|---|





Number ~~4718~~
Check Date  02/14/2019

3401 Civic Center Blvd
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Stacey Blackston-Rivera
5925 N Front St
Philadelphia, PA 19120
US

**Net Pay** 1410.76

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Stacey Blackston-Rivera | HOSP | 11220 | 02/09/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.10 | 2179.22 | 8866.17 |
| Total Deductions |  | 768.46 | 3133.24 |
| Total Net |  | 1410.76 | 5732.93 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| FLSA Premium |  | 0.12 | 0.12 | 0.12 |
| Group Term Life Imputed Income |  | 0.21 | 0.21 | 0.84 |
| HOL Premium Pay |  |  |  | 298.32 |
| National Holiday |  |  |  | 596.64 |
| Overtime | 0.10 | 37.29 | 3.73 | 3.73 |
| PPL Scheduled |  |  |  | 967.05 |
| PPL Unscheduled |  |  |  | 198.88 |
| Regular | 80.00 | 24.86 | 1988.80 | 6192.63 |
| Shift Differential |  |  | 0.08 | 0.08 | 607.96 |
|  |  |  | 0.30 | 0.30 |
|  |  |  | 11.95 | 11.95 |
|  |  |  | 47.80 | 47.80 |

126.23 | 126.23

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| Addt'l Life (1 to 5x salary) | 3.85 | 15.40 |
| Aetna Dental DMO Plan | 6.70 | 26.80 |
| CHOP Preferred Care Plan | 142.35 | 569.40 |
| Child Life Insurance | 0.74 | 2.96 |
| City of Philadelphia Wage Tax | 84.57 | 344.09 |
| Federal Income Tax Withholding | 192.75 | 802.52 |
| Healthcare FSA | 19.23 | 76.92 |
| Long Term Disability - 66 2/3% | 10.34 | 41.36 |
| Medicare Employee | 28.93 | 117.89 |
| Pa State Income Tax | 61.25 | 249.58 |
| Penna UC/SDI Employee Contrib | 1.31 | 5.32 |
| Social Security EE | 123.70 | 504.07 |
| TIAA/Cref Employer Match | 43.58 | 177.31 |
| TIAA/Cref TSA | 87.16 | 354.61 |
| United Healthcare Vision | 5.37 | 21.48 |

### Auto Deposit Distributions

| Account | Amount |
|---|---|