UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                              Ch. 13
                                                           Bankruptcy No: 19-10108-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Order*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW, this _____ day of _____ 2019, upon consideration of Trustee's Motion, an Answer and a Hearing,

IT IS HEREBY ORDERED

That the Trustee's Motion be denied.

SO ORDERED                                                 BY THE COURT

                                                           _____
                                                           U.S. BANKRUPTCY JUDGE

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                                Ch. 13
                                                             Bankruptcy No: 19-10108-ELF

*********************************************************************

*Debtor's Answer to The Trustee's Motion to Dismiss*

*********************************************************************

Debtor, by attorney, Allan K. Marshall, Esq. states the following:

1. Debtor attended the 341 Meeting on 5/7/19.

2. Prior to the Meeting, debtor submitted the required documents to the trustee.

3. Debtors payments are up-to-date,

WHEREFORE, Debtor prays that the court Deny the Trustee's Motion to Dismiss or continue this Hearing and for such additional or alternative relief as may be just and proper.

                                        Respectfully Submitted,

                                        /s/_____
                                        Allan K. Marshall, Esq.
                                        Attorney for Debtor
                                        215-569-1904
                                        1819 JFK Blvd # 400
                                        Phila. PA 19103

May 8, 2019

**Certification of Service**
A copy of the above pleading is being electronically served.