UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                          Ch. 13
                                                       Bankruptcy No: <u>19-10108-ELF</u>
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Certification of Service of*
**Debtor's   First   Amended Plan Secured Creditors**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Debtor, by her attorney, Allan K. Marshall, Esq. states the following:

I retrieved the addresses of Creditors from the Claims Register and mailed a copy of the Debtor's First Amended Plan to the following Secured Creditors by First Class Mail:

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

               Respectfully Submitted,
               /s/_____
               Allan K. Marshall, Esq.
               Attorney for Debtor
               215-569-1904
               1819 JFK Blvd #400
               Phila. PA 19103
               Phone: (215)-569-1904

May 8, 2019