# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

         Chapter 13

         Bankruptcy No. 19-10108-ELF

STACEY RIVERA

5925 N. FRONT STREET

PHILADELPHIA, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STACEY RIVERA

5925 N. FRONT STREET

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103-

Date: 5/9/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee