UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                    Ch. 13
                                                 Bankruptcy No: <u>19-10108-ELF</u>

*********************************************************************

*Order*

*********************************************************************

    AND NOW, this _____ day of _____ 2019, upon consideration of Trustee's Motion, an Answer and a Hearing,

    IT IS HEREBY ORDERED

    That the Trustee's Motion be denied.

SO ORDERED                                       BY THE COURT

                                                                           _____
                                                                         U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                        Ch. 13
                                                     Bankruptcy  No: 19-10108-ELF

*********************************************************************

*Debtor's Answer to The Trustee's Motion to Dismiss*

*********************************************************************

Debtor, by attorney, Allan K. Marshall, Esq. states the following:

1. Debtor filed a First Amended Plan on 5/8/19.

2. Debtors believes that the plan covers the issues raised by the Trustees Motion.

3. Debtors payments are up-to-date,

WHEREFORE, Debtor prays that the court Deny the Trustee's Motion to Dismiss or continue this Hearing and for such additional or alternative relief as may be just and proper.

Respectfully Submitted,

/s/_____
Allan K. Marshall, Esq.
Attorney for Debtor
215-569-1904
1819 JFK Blvd  # 400
Phila. PA 19103

May 23, 2019

**Certification of Service**
A copy of the above pleading is being electronically served.