UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                                    Ch. 13
                                                                 Bankruptcy No: <u>19-10108-ELF</u>

**************************************************************************

*Certification of Service of*
**Debtor's Second Amended Plan on Secured Creditors**

**************************************************************************

Debtor, by her attorney, Allan K. Marshall, Esq. states the following:

I retrieved the addresses of Creditors from the Claims Register and mailed a copy of the Debtor's Second Amended Plan to the following Secured Creditors by First Class Mail:

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

                                    Respectfully Submitted,
                                    /s/_____
                                    Allan K. Marshall, Esq.
                                    Attorney for Debtor
                                    215-569-1904
                                    1819 JFK Blvd #400
                                    Phila. PA 19103
                                    Phone: (215)-569-1904

June 21, 2019