UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                        Ch. 13
                                                     Bankruptcy No: 19-10108-ELF
*************************************************************************

**ORDER GRANTING APPLICATION OF ALLAN K. MARSHALL
FOR ATTORNEY FEE**

*************************************************************************

AND NOW, this _____ day of _____ 2019 upon the Application of Debtor's Counsel for Attorney Fee,

IT IS HEREBY ORDERED

The Chapter 13 is authorized to pay a sum of $1,600 to Allan K. Marshall towards the unpaid fee for services rendered in the above matter.

SO ORDERED                                           BY THE COURT

                                                     _____
                                                     U.S. BANKRUPTCY JUDGE

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Stacey Rivera                                                    Ch. 13
                                                                 Bankruptcy No: 19-10108-ELF

*******************************************************************

**APPLICATION OF DEBTOR'S COUNSEL FOR**
**ATTORNEY FEE**

*******************************************************************

Allan K. Marshall, attorney for Debtor submits as follows:

1. That he is the attorney for Debtor.

2. Immediately following this Application is the Itemization of Services Rendered.

3. Amount Client Promised      $3,500 (Plus $310 Filing Fee)
   Amount paid                 $1,900
   Amount Unpaid               $1,600

WHEREFORE, This Fee Application Should Be Approved.

                                    Respectfully Submitted,

                                    _/s/_____
                                    Allan K. Marshall
                                    Attorney for Debtor

June 21, 2019

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                    Ch. 13
                                                 Bankruptcy No: 19-10108-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STATEMENT OF SERVICES RENDERED**
**As a Part of the Basic Bankruptcy**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Office conference (s) with client
Review of documents (bills) for filing of Bankruptcy
Review of Bankruptcy papers
Mailing of Notice of Bankruptcy to Creditors
Call to clt re 341 Meeting of Creditors
Preparation for Meeting of Creditors
Travel/wait time Re: Meeting of Creditors
Preparation of Client for Meeting of Creditors
Representation at Meeting of Creditors
Review with clt after the 341 Meeting
Review of documents to and from creditors
Phone calls to and from creditors
Phone calls to and from client
Preparation of this Statement
Additional Time to close this case
Preparation of this Fee Application

3

Court Fee:

    Client's Unpaid Balance of $1,600 for the above services and costs

                                Respectfully Submitted,

/s/_____
Allan K. Marshall
Attorney for Debtor

June 21, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                                      Ch. 13
                                                                   Bankruptcy No: 19-10108-ELF
*********************************************************************
CERTIFICATION OF SERVICE OF
**APPLICATION OF DEBTOR'S COUNSEL FOR**
**ATTORNEY FEE**
*********************************************************************

    This is to certify that a copy of the above documents has been served to the following:

Ms. Stacey Rivera
5925 N. Front St
Phila PA 19120

                                          Respectfully Submitted,

                                          _/s/_____
                                          Allan K. Marshall
                                          Attorney for Debtor

DATE OF MAILING: June 21, 2019