UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                                Ch. 13
                                                             Bankruptcy No: 19-10108-ELF

*************************************************************************
**Pre-Confirmation Certification of Compliance With
Obligations in Accordance with 11 U.S.C. Section 1325 9(a) 8 and (9)**
*************************************************************************

1. I, Stacey Rivera (The Debtor) upon oath according to law, hereby certify as following in connection with my confirmation hearing in the above case:

1. I/we have paid all post-petition amounts that are required to be paid under any and all domestic support obligations.

2. I/we have filed all applicable Federal, State and local tax returns required to be filed in the 4-year period before the filing of this Chapter 13 Petition.

3. If the confirmation hearing is continued for any reason, and the information in this certification changes, I agree to provide a new certification before the new confirmation hearing date.

4. If this Certification is being signed by the attorney for the debtor(s), the attorney certifies that he questioned the debtor(s) about the statements in this certification and the answers here are based on the information obtained from the debtor that is consistent with this certification.

5. The attorney for the Debtor is filing this certification because the debtor has assured the attorney upon a telephone conversation of today, that the debtor has confirmed the truth of the above statements.

                                        Respectfully Submitted,
                                        _/s/_____
                                        Allan K. Marshall, Esq.
                                        Attorney for Debtor
                                        Phone : 215-569-1904

July 28, 2019