UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Stacey Rivera                                            Ch. 13
                                                         BANKRUPTCY NO:19-10108-ELF
****************************************************************

**Notice of Debtor's Objection to the Proof of Claim of PSECU**
**Re Debtor's Car -- Kia Sportage**
**HEARING DATE**
****************************************************************

1. Please note that the above named debtor has filed an Objection to the Proof of claim you filed in this bankruptcy case. I am sending you a copy of the objection.

2. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss with your attorney, if you have one.**

3. If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection which is scheduled as follows:

4. Date and time of hearing : 9/3/19 at 1 PM

5. The hearing is scheduled at the following address:
UNITED STATES BANKRUPTCY COURT
Before the Honorable__ Eric L. Frank _(Judge)
900 Market Street, 2nd Floor, Court ROOM __1_, Philadelphia, PA 19107

6. If you or your attorney does not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim

By:
/s/_____
Allan K. Marshall, Esquire
Attorney for Debtor (Objector)
1600 Market St # 1416
Phila, PA 19103
Phone: 215-569-1904
Date of Mailing of this Notice: July 29, 2019