UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Stacey Rivera                                    Ch. 13
                                                 Bankruptcy No: 19-10108-ELF
********************************************************

CERTIFICATION OF SERVICE OF
Third Amended Plan

********************************************************

Allan K. Marshall, Esq., the attorney for Debtor states the following:

1.    On 10/13/19, I mailed a copy of the 3rd Amended Plan on the Debtor, the Chapter 13 Trustee and on all the Secured and Priority creditors who filed a proof of claim:

                                    Respectfully Submitted,

                                    /s/_____
                                    Allan K. Marshall, Esq.
                                    Attorney for Debtor
                                    215-569-1904
                                    1819 JFK Blvd #400
                                    Phila. PA 19103
                                    Phone: (215)-569-1904

October 13, 2019

1