UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Stacey Rivera                                             Ch. 13
                                                          Bankruptcy No: 19-10108-ELF

***********************************************************************\

CERTIFICATION OF SERVICE OF
APPLICATION OF DEBTOR'S COUNSEL FOR
ATTORNEY FEE
*************************************************************************

Allan K. Marshall, Esq. states the following:

1. On 10/13/19 I mailed a copy of the Notice of Hearing on the Fee Application to the debtor and the Creditors on the enclosed List.

Respectfully Submitted,

/s/_____
Allan K. Marshall, Esq.
Attorney for Debtor
215-569-1904
1819 JFK Blvd #400
Phila. PA 19103
Phone: (215)-569-1904

October 13, 2019

1