# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey Rivera aka Stacey Blackston-Rivera<br>　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| Midfirst Bank, its successors and/or assigns<br>　　　　　　Movant<br>　　vs. | |
| Stacey Rivera aka Stacey Blackston-Rivera<br>　　　　　　Debtor(s) | NO. 19-10108 ELF |
| William C. Miller Esq.<br>　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Midfirst Bank, which was filed with the Court on or about **April 30, 2019, docket number 20**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: **/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

October 14, 2019