UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                          Ch. 13
                                                       Bankruptcy No: 19-10108-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Certification of Service of*
**Debtor's Fifth Amended Plan on Secured Creditors**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Debtor, by her attorney, Allan K. Marshall, Esq. states the following:

I retrieved the addresses of Creditors from the Claims Register and mailed a copy of the Debtor's Fifth Amended Plan to the following Secured and priority Creditors by First Class Mail:

PSECU
c/o Weltman, Weinberg, and Reis Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsbrugh, PA 15219

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, Msb
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, Pa 19102-1595

                                                    Respectfully Submitted,
                                                    /s/_____
                                                    Allan K. Marshall, Esq.
                                                    Attorney for Debtor
                                                    215-569-1904
                                                    1819 JFK Blvd #400
                                                    Phila. PA 19103
                                                    Phone: (215)-569-1904

November 4, 2019