## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera

Ch. 13
Bankruptcy  No: <u>19-10108-ELF</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>Pre-Confirmation Certification of Compliance With</u>
### <u>Obligations in Accordance with 11 U. S. C. Section 1325 (a) 8 and (9)</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.     I, Stacy Rivera (The Debtor), upon oath according to law, hereby certify as following in connection with my confirmation hearing in the above case:

1.     I/we  have paid all post-petition amounts that are required to be  paid under any and all domestic support obligations. I DO NOT OWE.

2     I /we have filed all applicable Federal, State and local tax returns required to be filed in the 4-year period before the filing of this Chapter 13 Petition.

3.     If the confirmation hearing is continued for any reason, and the information in this certification changes, I agree to provide a new certification before the new confirmation hearing date.

4.     If this Certification is being signed by the attorney for the debtor(s),  the attorney certifies that he questioned the debtor(s) about the statements in this certification and the answers here are based on the information obtained from the debtor that is consistent with this certification.

Respectfully Submitted,
/S/_____
Allan K. Marshall, Esq,
Attorney for Debtor
1819 JFK Blvd # 400
Phila PA 19103
Phone: 215-569-1904

November 16, 2019