UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                                         Ch. 13
                                                                      Bankruptcy No: 19-10108-ELF

*********************************************************************
CERTIFICATION OF NO RESPONSE TO THE
APPLICATION OF DEBTOR'S COUNSEL FOR
ATTORNEY FEE
*********************************************************************

Allan K. Marshall, Esq. states the following:

1. On 10/13/19, I mailed a copy of the Notice of hearing Re Attorney Fee Application to the debtor and all the creditors and the Trustee.

2. The deadline for the responsive pleading was 11/5/19.

3. As of today, I have not received any response or objection.

WHEREFORE, the court should enter the Order attached to the fee application and for such additional or alternative relief as may be just and proper.

                          Respectfully Submitted,
                          /s/_____
                          Allan K. Marshall, Esq.
                          Attorney for Debtor
                          215-569-1904
                          1819 JFK Blvd #400
                          Phila. PA 19103
                          Phone: (215)-569-1904

December 23, 2019