UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                                    Ch. 13
                                                                 Bankruptcy No: 19-10108-ELF
*******************************************************************

# ORDER GRANTING APPLICATION OF ALLAN K. MARSHALL
# FOR ATTORNEY FEE

*******************************************************************

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $1,600.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $ which was paid by the Debtor(s) pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

SO ORDERED                                                BY THE COURT

                                                          _____
                                                          ERIC L. FRANK
                                                          U.S. BANKRUPTCY JUDGE

1