*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stacey Rivera
    Debtor(s)

Case No: 19–10108–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Application for Compensation for ALLAN K. MARSHALL, Debtor's Attorney, Period: 1/1/2019 to 6/21/2019, Fee: $1600, Expenses: $00.00. Filed by ALLAN K. MARSHALL Represented by Self

    on: 2/4/20

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/23/20

Timothy B. McGrath
Clerk of Court