**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | STACY RIVERA, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-10108 ELF |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant"), and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the matter is taken under advisement pending the Applicant's filing of an Amended Disclosure pursuant to Rule 2016(b) that states:

(a) the total amount of the payment received prepetition; and

(b) the dates and amounts of each post-petition payment received from the Debtor.

Date: February 4, 2020

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**