United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stacey Rivera  
       Debtor

Case No. 19-10108-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Feb 05, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.  
db            +Stacey Rivera,    5925 N. Front St,    Philadelphia, PA 19120-2002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:  
         ALLAN K. MARSHALL    on behalf of Debtor Stacey  Rivera akm6940@aol.com  
         BRIAN THOMAS LANGFORD    on behalf of Creditor    PSECU PitEcf@weltman.com  
         KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                                                           TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | STACY RIVERA, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-10108 ELF |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant"), and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the matter is taken under advisement pending the Applicant's filing of an Amended Disclosure pursuant to Rule 2016(b) that states:

(a) the total amount of the payment received prepetition; and

(b) the dates and amounts of each post-petition payment received from the Debtor.

Date: February 4, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**