UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Stacey Rivera                                    Ch 13
                                                 BANKRUPTCY NO: 19-10108-ECF

*********************************************************************
*Order Denying Motion of Midfirst Bank*
*For Modification of Stay*
*********************************************************************

    AND NOW, this _____ day of _____ 2,013 upon consideration of the Debtor's Answer and a Hearing,

    IT IS HEREBY ORDERED

    That The Motion of Midfirst Bank for Modification of Automatic Stay Is Denied.

SO ORDERED                                       BY THE COURT

                                                 _____
                                                 U.S. BANKRUPTCY JUDGE

**1**