*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stacey Rivera
    Debtor(s)

Case No: 19−10108−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay <i>re: 5925 N. Front Street, Philadelphia, PA. 19120 Filed by MIDFIRST BANK Represented by REBECCA ANN SOLARZ

    on: 3/10/20

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/26/20

Timothy B. McGrath
Clerk of Court

83 − 77
Form 167