```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                    Case No. 19-10108-elf
Stacey Rivera                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2      User: Pamela          Page 1 of 1          Date Rcvd: Feb 26, 2020
                          Form ID: 167          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
```
db             +Stacey Rivera,    5925 N. Front St,    Philadelphia, PA 19120-2002
cr              Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA   19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:25:49      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
```
              ALLAN K. MARSHALL    on behalf of Debtor Stacey  Rivera akm6940@aol.com
              BRIAN THOMAS LANGFORD    on behalf of Creditor    PSECU PitEcf@weltman.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stacey Rivera
    Debtor(s)

Case No: 19−10108−elf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay <i>re: 5925 N. Front Street, Philadelphia, PA. 19120 Filed by MIDFIRST BANK Represented by REBECCA ANN SOLARZ

on: 3/10/20

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 2/26/20

For The Court

Timothy B. McGrath
Clerk of Court