# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey Rivera aka Stacey Blackston-Rivera<br>　　　　　Debtor<br><br>Midfirst Bank<br>　　　　　Movant<br>　　vs.<br><br>Stacey Rivera aka Stacey Blackston-Rivera<br>　　　　　Debtor<br><br>William C. Miller, Esquire<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 19-10108 ELF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of Midfirst Bank, which was filed with the Court on or about February 6, 2020 (Document No. 77).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

April 6, 2020