## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re
Stacey Rivera

Ch. 13
Bankruptcy No: 19-10108-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Amended Application of Debtor's Counsel for
### Attorney Fee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Allan K. Marshall, attorney for Debtor, submits as follows:

1.      That he is the attorney for Debtor.

2.      Immediately following this Application is the Itemization
        of Services Rendered.

3.      TOTAL Attorney Fee Due for Basic Bankruptcy= $3,500 Plus
        Court For of $         $310 Plus
        Credit Report          $40
        Total Due:             $3,850
        Debtor paid            $2,250
4.      **Unpaid fee is         $1,600.**

WHEREFORE, This Fee Application Should Be Approved.

Respectfully Submitted,

/s//S/*Allan K. Marshall*

Allan K. Marshall
Attorney for Debtor

April 9, 2020

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Stacey Rivera                                          Ch. 13
                                                       Bankruptcy  No: 19-10108-ELF
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT OF SERVICES RENDERED
### As a Part of the Basic Bankruptcy
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Initial conference (s) with client
Review of documents (bills) for filing of
Bankruptcy
Review of Bankruptcy papers
Mailing of Notice of Bankruptcy to Creditors
Call to client re 341 Meeting of Creditors
Preparation for Meeting of Creditors
Travel/wait time Re: Meeting of Creditors
Preparation of Client for Meeting of Creditors
Representation at Meeting of Creditors
Review with client after the 341 Meeting
Review of documents to and from creditors
Phone calls to and from creditors
Preparation fo First Amended Plan
Preparation of Second Amended Plan
Phone calls to and from client
Preparation of this Statement
Additional Time to close this case
Preparation of this Fee Application
*Representation of debtor in Motions by Ch.13 Trustee to Dismiss this case*
*Objection to Confirmation*

Allan K. Marshall, Counsel for the debtor, hereby seeks an award of compensation of  $1,600 for the unpaid attorney fee and for the following expenses.

### Costs and Expenses

Court Filing Gee Paid to this court            $310
Credit Report Fee                              $40

2

Total for costs:                              $350

**Details of the Payments Received from the Debtor**
(Attorney Disclosure of fees pursuant to Rule 2016 (b)
The debtor made the following payments on the following dates:
**************************************************************

| Date | Amount | |
|---|---|---|
| 1/7/19 | $800 | Initial Payment (Pre-Petition Retainer to file Ch. 13) |
| 2/7/19 | $400 | Post-Petition |
| 4/7/19 | $400 | Post-Petition |
| 5/23/19 | $400 | Post-Petition |
| 6/07/19 | $250 | Post-Petition |
| 7/1/19 to | | |
| 2/3/20 | $700 | 3 Post-Petition payments $150 each and one of $250. |
| Total Paid: | $2,950 | |
| Total Due: | $3,850 | |
| Unpaid | | |
| Balance: | $900 | |

Additional Fee of $750 (Flat Fee) Due for representation of debtor in the Motion of Mortgage Company to modify the Automatic Stay.
(Services rendered)
Receipt and review of the motion on 2/6/20
Telephone conference with the debtor
Preparation of the Answer to the Motion
Phone calls to and from the Client
Final Result: the Mortgage Company Withdrew the Motion on 4/2/20
Total Due: $1,650
Amount forgiven:$50.
**Fee Claimed $1,600.**

        WHEREFORE the court should approve the enclosed order for approval of additional $2,050 for the fee and expenses.

                          Respectfully Submitted,
                          /S/*Allan K. Marshall*
                          Allan K. Marshall
                          Attorney for Debtor

April 9, 2020



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Stacey Rivera                                          Ch. 13
                                                       Bankruptcy  No: 19-10108-ELF
******************************************************************
Certification of Service of
Amended Application of Debtor's Counsel for
Attorney Fee
******************************************************************

     This is to certify that a copy of the above documents has been mailed to the
Debtor.

Respectfully Submitted,

/S/*Allan K. Marshall*

Allan K. Marshall
Attorney for Debtor

DATE OF MAILING: April 9, 2020

5