UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                              Ch. 13
                                                           Bankruptcy No: 19-10108-ELF

*********************************************************************

**Order Granting Amended Application of
Allan K. Marshall, Esq. for Attorney Fee**

*********************************************************************

AND NOW, upon consideration of the Amended Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $1,600.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 of this order.

SO ORDERED                                                 BY THE COURT

                                                           _____
                                                           ERIC L. FRANK
                                                           U.S. BANKRUPTCY JUDGE

1