UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Stacey Rivera                                              Ch. 13
                                                           Bankruptcy No: 19-10108-ELF
*****************************************************************\

Certification of Service of Filing of
Amended Application of Debtor's Counsel for
Attorney Fee
******************************************************************

Allan K. Marshall, Esq. states the following:

1. On 4/9/20, I Mailed a Copy of the Notice of Filing of Amended Application of Debtor's Counsel for Attorney Fee to the Debtor and the Creditors on the Matrix.

                                    Respectfully Submitted,

                                    /s/_____
                                    Allan K. Marshall, Esq.
                                    Attorney for Debtor
                                    215-569-1904
                                    1819 JFK Blvd #400
                                    Phila. PA 19103
                                    Phone: (215)-569-1904

April 9, 2020

1