UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Stacey Rivera                                          Ch. 13
                                                       Bankruptcy No: 19-10108-ELF

*******************************************************************

Certification of No Response to the
Amended Application of Debtor's Counsel for
Attorney Fee

*******************************************************************

Allan K. Marshall, Esq. states the following:

1.  On 4/9/20, I mailed a copy of the Notice of Filing of the Amended Application of Debtor's Counsel for Attorney Fee.

2.  The deadline for the responsive pleading was 4/30/20.

3.  As of today, I have not received any response or objection.

WHEREFORE, the court should enter the Order attached to the fee application and for such additional or alternative relief as may be just and proper.

                                    Respectfully Submitted,
                                    /s/_____
                                    Allan K. Marshall, Esq.
                                    Attorney for Debtor
                                    215-569-1904
                                    1819 JFK Blvd #400
                                    Phila. PA 19103
                                    Phone: (215)-569-1904

May 2, 2020

1