UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Stacey Rivera                                                   Ch. 13
                                                                Bankruptcy No: 19-10108-ELF

**************************************************************

**O R D E R**

**************************************************************

AND NOW, upon consideration of the Amended Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's and after a hearing, and for the reasons stated in court,

It is hereby ORDERED that:

1. The Application is **GRANTED IN PART AND DENIED IN PART**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,350.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 of this order, less $2,250.00

Date: 5/26/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**