WWR# 040384920

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>STACEY RIVERA<br><br>                    Debtor<br><br>PENNSYLVANIA STATE EMPLOYEES<br>CREDIT UNION<br><br>                    Movant | CASE NO. 19-10108<br><br>CHAPTER 13 |

**WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE**

Kindly withdraw the appearance of Brian T. Langford as attorney for Movant and enter Scott D. Fink as attorney for Movant in all matters for the duration of this bankruptcy case without prejudice.

Date: November 2, 2020

| | |
|---|---|
| /s/ Brian T. Langford<br>Brian T. Langford<br>436 Seventh Ave., Suite 2500<br>Pittsburgh, PA 15219<br>412-338-7102<br>blangford@weltman.com | /s/ Scott D. Fink<br>Scott D. Fink<br>Attorney for Movant<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131<br>216-739-5644<br>sfink@weltman.com |

WWR# 040384920

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>STACEY RIVERA<br><br>                      Debtor<br>PENNSYLVANIA STATE EMPLOYEES<br>CREDIT UNION,<br>                      Movant. | CASE NO.  19-10108<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, Scott D. Fink, Esq., attorney for Movant, do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance has been served on the 2nd day of November, 2020, upon those listed below:

Service by First-Class Mail:

STACEY RIVERA, Debtor
5925 N FRONT ST N
PHILADELPHIA, PA 19120

and Service by NEF/ECF:

ALLAN K MARSHALL, Debtors Attorney at AKM6940@AOL.COM
WILLIAM C MILLER ESQ, Trustee at ecfemails@ph13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at USTPRegion03.PH.ECF@usdoj.gov

/s/ Scott D. Fink
Scott D. Fink
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5644
sfink@weltman.com