# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey Rivera aka Stacey Blackston-Rivera<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| MidFirst Bank<br>　　　　　　　　Movant<br>　　vs.<br>Stacey Rivera aka Stacey Blackston-Rivera<br>　　　　　　　　Respondent(s)<br>Kenneth E. West Esq.<br>　　　　　　　　Trustee | NO. 19-10108 AMC<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF NO OBJECTION

I, Mark A. Cronin, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor, or the Trustee to the Motion for Relief from Automatic Stay filed on June 21, 2023. (Doc No. 99). The deadline for filing an objection or other response was July 6, 2023.

/s/ Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mcronin@kmllawgroup.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stacey Rivera aka Stacey Blackston-Rivera
                Debtor(s)

MidFirst Bank
                Movant
            v.
Stacey Rivera aka Stacey Blackston-Rivera
                Debtor(s)

Kenneth E. West Esq.
                Trustee

CHAPTER 13
BK NO: 19-10108 AMC

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on July 17, 2023, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Allen K. Marshall (VIA ECF)
Allan K. Marshall
1819 JFK Blvd. #400
Philadelphia, PA 19103

Stacey Rivera aka Stacey Blackston-Rivera
5925 N. Front St
Philadelphia, PA 19120

Method of Service:    Mail first class; Specify if other:

Date: July 17, 2023

                                              /s/ Mark A. Cronin
                                              Mark A. Cronin, Esq.
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              Phone: (215)-627-1322
                                              mcronin@kmllawgroup.com