# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey Rivera aka Stacey Blackston-Rivera<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| MidFirst Bank<br>　　　　　　　　　Movant<br>　　vs.<br>Stacey Rivera aka Stacey Blackston-Rivera<br>　　　　　　　　　Debtor(s) | NO. 19-10108 AMC |
| Kenneth E. West Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## **ORDER**

AND NOW, this 　　　 day of 　　　　　　, 2023 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 5925 North Front Street, Philadelphia, PA 19120 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey Rivera aka Stacey Blackston-Rivera<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| MidFirst Bank<br>　　　　　　　　　　Movant<br>　　　vs.<br>Stacey Rivera aka Stacey Blackston-Rivera<br>　　　　　　　　　　Debtor(s) | NO. 19-10108 AMC |
| Kenneth E. West Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### CERTIFICATE OF SERVICE

I, Mark A. Cronin, attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of MidFirst Bank for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on June 21, 2023, by first class mail, and/or electronic means upon those listed below:

<u>Debtor(s)</u>
Stacey Rivera aka Stacey Blackston-Rivera
5925 N. Front St
Philadelphia, PA 19120

<u>Attorney for Debtor(s)</u>
Allen K. Marshall, Allan K. Marshall
1819 JFK Blvd. #400
Philadelphia, PA 19103
**VIA ECF**

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

<u>Office of the US Trustee</u>
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19105

Date: June 21, 2023

/s/ Mark A. Cronin
_____
Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant