Certificate Number: 17082-PAE-DE-038596851

Bankruptcy Case Number: 19-10108



17082-PAE-DE-038596851

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2024, at 12:50 o'clock PM MST, STACEY RIVERA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 21, 2024                By:    /s/Orsolya K Lazar

                                     Name:  Orsolya K Lazar

                                     Title: Executive Director