United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-10108-amc

Stacey Rivera  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Aug 15, 2024    Form ID: 138OBJ    Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacey Rivera, 5925 N. Front St, Philadelphia, PA 19120-2002 |
| 14255222 | | CitiMortgage, 1000 Tech Dr, O Fallon, MO 63368 |
| 14255223 | | City of Phila, Water Dept, MSB Bldg, Philadelphia, PA 19102 |
| 14255224 | + | Equiant/Thousand Trails, Attn: Bankruptcy Dept, 5401 N Pima Rd Ste 150, Scottsdale, AZ 85250-2630 |
| 14269061 | + | Midland Mortgage, c/o Kevin G. Mc Donald, Esq., 701 Market street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 15 2024 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2024 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14341700 | | Email/Text: megan.harper@phila.gov | Aug 15 2024 23:55:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14288078 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2024 23:57:36 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14255225 | | Email/Text: bk@lendmarkfinancial.com | Aug 15 2024 23:55:00 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043 |
| 14289393 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 16 2024 00:10:51 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14273312 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2024 23:55:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14255226 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 15 2024 23:57:31 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14255448 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2024 23:57:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14268229 | ^ | MEBN | Aug 15 2024 23:41:49 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14257740 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2024 23:55:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14255227 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 15 2024 23:55:00 | Santander Consumer USA, Attn: Bankruptcy, Po |

Case 19-10108-amc    Doc 117    Filed 08/17/24    Entered 08/18/24 00:32:00    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: 138OBJ | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 961245, Fort Worth, TX 76161-0244 |
| 14289311 | + | Email/Text: bncmail@w-legal.com | Aug 15 2024 23:55:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14287222 | ^ | MEBN | Aug 15 2024 23:41:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14262938 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2024 23:57:09 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14255228 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 15 2024 23:55:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14347185 | | PSECU |
| 14288080 | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Stacey Rivera amadrid@clsphila.org madrid.alfonsob@notify.bestcase.com |
| ALLAN K. MARSHALL | on behalf of Debtor Stacey Rivera akm6940@aol.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| SCOTT DAVID FINK | on behalf of Creditor PSECU sfink@weltman.com |
| United States Trustee | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 15, 2024 | Form ID: 138OBJ | Total Noticed: 21 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 116 − 114

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Stacey Rivera )<br>   aka Stacey Blackston−Rivera )<br>   )<br>   Debtor(s). )<br>   )<br>   ) | Case No. 19−10108−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 15, 2024                                            For The Court

                                                                                                 Timothy B. McGrath
                                                                                                 Clerk of Court