IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| STACEY RIVERA a/k/a | : | CASE NO: 19-10108AMC |
| STACEY BLACKSTON-RIVERA a/k/a | : | |
| STACEY BLACKSON | : | |
| | : | |
| Debtor | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Motion for Approval of Loan Modification (the "Motion"), and after notice and hearing;

AND the Court having been satisfied that granting the motion is in the best interest of the Debtor;

IT IS ORDERED, that the Motion is GRANTED.

Date: August 20, 2024

_____
Ashely M. Chan
Chief United States Bankruptcy Judge