United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-10108-amc

Stacey Rivera                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

**Recip ID**                **Recipient Name and Address**
db                        +  Stacey Rivera, 5925 N. Front St, Philadelphia, PA 19120-2002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:**

**Name**                                **Email Address**

ALFONSO G. MADRID
    on behalf of Debtor Stacey Rivera amadrid@clsphila.org  madrid.alfonsob@notify.bestcase.com

ALLAN K. MARSHALL
    on behalf of Debtor Stacey Rivera akm6940@aol.com

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT DAVID FINK
    on behalf of Creditor PSECU sfink@weltman.com

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Aug 21, 2024                          Form ID: pdf900                               Total Noticed: 1

United States Trustee

                              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| IN RE | : | CHAPTER 13 |
| | : | |
| STACEY RIVERA a/k/a | : | CASE NO: 19-10108AMC |
| STACEY BLACKSTON-RIVERA a/k/a | : | |
| STACEY BLACKSON | : | |
| | : | |
| Debtor | : | |
| _____ | : | |

**ORDER**

AND NOW,  upon consideration of the Debtor's Motion for Approval of Loan

Modification (the "Motion"), and after notice and hearing;

AND the Court having been satisfied that granting the motion is in the best interest of the

Debtor;

IT IS ORDERED, that the Motion is GRANTED.


Date:  August 20, 2024                    _____

                                          Ashely M. Chan
                                          Chief United States Bankruptcy Judge